UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY H. MIMS, Chapter 7 Trustee for Ayr Logistics Limited, Inc., | § § § § | |
| *Appellant*, | § § | Civil Action No. 3:19-cv-1606-X |
| v. | § § § | |
| ALL SEAS LTD., | § § | |
| *Appellee* | | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES BANKRUPTCY JUDGE

The United States Bankruptcy Judge made a report and recommendation in this case. [Doc. No. 13]. No responses were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Bankruptcy Judge and **ADOPTS IN FULL** the Bankruptcy Judge's recommendation and **GRANTS** the motion for entry of final judgment in its entirety.

**IT IS SO ORDERED** this 17th day of July, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1